JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN CRISTALL and MICHAEL O'SULLIVAN, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts Corporation,<br><br>Defendant. | Case No. 2:21-cv-9870 MWF-AS<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY ORDERED THAT:**

This action is hereby dismissed with prejudice. Each party shall bear its own attorney's fees and costs in connection with the dismissal of the action.

DATED: July 18, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge